# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>XELLIA PHARMA,<br><br>Defendant. | Adv. Proc. No. 25-50225 (KBO)<br><br>Re: Adv. D.I. 1 |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Xellia Pharma (the "Defendant"),[2] hereby stipulate as follows:

1.  Plaintiff filed its complaint against Defendant on February 12, 2025 [Adv. D.I. 1] (the "Complaint").

2.  This Court issued the summons to the Complaint on April 28, 2025 [Adv. D.I. 3].

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Though "Xellia Pharma" is the named Defendant in the above-captioned action, no such legal entity exists.

-2-

3.     The parties agree that Defendant shall have through and including June 25, 2025, to answer or otherwise plead to the Complaint.

4.     For the avoidance of doubt, Defendant reserves all rights and defenses in connection with the above-captioned adversary proceeding, and nothing herein shall be construed to a consent to jurisdiction or waiver of any service requirement.

Dated: May 21, 2025

| **Saul Ewing LLP** | **K&L Gates LLP** |
|---|---|
| /s/   *Paige N. Topper*  <br>Evan T. Miller (DE Bar No. 5364) <br>Paige N. Topper (DE Bar No. 6470) <br>1201 N. Market Street, Suite 2300 <br>Wilmington, DE 19801 <br>Telephone: (302) 421-6800 <br>evan.miller@saul.com <br>paige.topper@saul.com <br><br>*Counsel for Plaintiff* | */s/ Jonathan N. Edel* <br>Jonathan N. Edel <br>300 South Tryon Street, Suite 1000 <br>Charlotte, NC 28202 <br>Telephone: (704) 331-7445 <br>Jon.Edel@klgates.com <br><br>*Counsel for Defendant* |